IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2024 OCT 16  PM 3: 32

CLERK-LAS CRUCES

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 24-1442 mis |
| | ) | |
| vs. | ) | Count 1: 21 U.S.C. § 846: Conspiracy; |
| | ) | |
| **ARMANDO CONRAD GONZALES,** | ) | Counts 2, 12, 25, 34, 41, 44, 47, 52, 57, |
| a.k.a. "Forty," | ) | 78, 80, 81, and 85: 21 U.S.C. §§ |
| **LETICIA MARIA RODRIGUEZ,** | ) | 841(a)(1) and (b)(1)(C): Possession with |
| **JESSICA JUEL HENDERSON,** a.k.a. | ) | Intent to Distribute Fentanyl (N-phenyl- |
| "JJ," | ) | N-[1-(2-phenylethyl)-4-piperidinyl] |
| **ANTONIO VALLES,** a.k.a. "Tony," | ) | propanamide); |
| **VERONICA LEVARIO,** | ) | |
| **RICHARD REGAN BESERRA,** | ) | Counts 3, 4, and 39: 21 U.S.C. §§ |
| **DANIEL ROBERTO HERRERA,** a.k.a. | ) | 841(a)(1) and (b)(1)(C): Possession with |
| "Fat Boy," | ) | Intent to Distribute Methamphetamine; |
| **ERNESTO SALAS FLORES,** | ) | 18 U.S.C. § 2: Aiding and Abetting; |
| **BEATRIZ ADRIANA GONZALEZ,** a.k.a. | ) | |
| Beatriz Adriana Herrera-Gonzalez, | ) | Counts 5, 6, 22, 26-28, 31, 33, 35, 48-51, |
| **SYLVIA ANN PARRA,** | ) | 53, 58, 59, 64, 76, 84, 87, 88, and 91: 21 |
| **AMANDA LEA WEINRICH,** | ) | U.S.C. § 843(b): Use of a Communication |
| **PHILLIP ANDREW ESTELL,** a.k.a. | ) | Facility to Further the Commission of a |
| "Flip," | ) | Drug Trafficking Crime; |
| **D'ANNA MICHELLE CHAVEZ,** | ) | |
| and **BRUCE MARTIN KING**, | ) | Counts 7, 8, 24, 38, 74, 89, and 92: 21 |
| | ) | U.S.C. §§ 841(a)(1) and (b)(1)(C): |
| Defendants. | ) | Distribution of Fentanyl (N-phenyl-N-[1- |
| | ) | (2-phenylethyl)-4-piperidinyl] |
| | ) | propanamide); |
| | ) | |
| | ) | Counts 9, 15, 19-21, 23, 42, 45, 46, 54, |
| | ) | 55, 60, 61, 63, 66, 68, 70, 77, 79, 82, 86, |
| | ) | and 90: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(C): Possession with Intent to |
| | ) | Distribute Methamphetamine; |
| | ) | |
| | ) | Count 10: 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B)(viii): Possession with Intent to |
| | ) | Distribute 5 Grams and More of |
| | ) | Methamphetamine; 18 U.S.C. § 2: |
| | ) | Aiding and Abetting; |
| | ) | |
| | ) | Counts 11, 37, and 83: 21 U.S.C. §§ |
| | ) | 841(a)(1) and (b)(1)(C): Possession with |

)    Intent to Distribute Fentanyl (N-phenyl-
)    N-[1-(2-phenylethyl)-4-piperidinyl]
)    propanamide); 18 U.S.C. § 2: Aiding and
)    Abetting;
)
)    Count 13: 21 U.S.C. §§ 841(a)(1) and
)    (b)(1)(A)(viii): Distribution of 50 Grams
)    and More of Methamphetamine; 18
)    U.S.C. § 2: Aiding and Abetting;
)
)    Counts 14, 62, 67, and 69: 21 U.S.C. §§
)    841(a)(1) and (b)(1)(C): Distribution of
)    Methamphetamine;
)
)    Count 16: 21 U.S.C. §§ 841(a)(1) and
)    (b)(1)(B)(vi): Distribution of 40 Grams
)    and More of Fentanyl (N-phenyl-N-[1-
)    (2-phenylethyl)-4-piperidinyl]
)    propanamide);
)
)    Count 17: 18 U.S.C. §§ 922(g)(1) and
)    924: Felon in Possession of a Firearm;
)
)    Count 18: 18 U.S.C. § 924(c)(1)(A)(i):
)    Using and Carrying a Firearm During and
)    in Relation to a Drug Trafficking Crime,
)    and Possessing a Firearm in Furtherance
)    of Such Crime;
)
)    Count 29: 21 U.S.C. §§ 841(a)(1) and
)    (b)(1)(A)(viii): Possession with Intent to
)    Distribute 50 Grams and More of
)    Methamphetamine; 18 U.S.C. § 2:
)    Aiding and Abetting;
)
)    Counts 30, 36, 56, and 65: 21 U.S.C. §§
)    841(a)(1) and (b)(1)(B)(viii): Possession
)    with Intent to Distribute 50 Grams and
)    More of a Mixture and Substance
)    Containing Methamphetamine;
)
)    Count 32: 21 U.S.C. §§ 841(a)(1) and
)    (b)(1)(B)(vi): Possession with Intent to
)    Distribute 40 Grams and More of
)    Fentanyl (N-phenyl-N-[1-(2-
)    phenylethyl)-4-piperidinyl]
)    propanamide);

) Count 40: 21 U.S.C. §§ 841(a)(1) and
) (b)(1)(C): Distribution of
) Methamphetamine; 18 U.S.C. § 2:
) Aiding and Abetting;
)
) Count 43: 21 U.S.C. §§ 841(a)(1) and
) (b)(1)(B)(viii): Attempted Possession
) with Intent to Distribute 50 Grams and
) More of a Mixture and Substance
) Containing Methamphetamine;
)
) Count 71: 21 U.S.C. §§ 841(a)(1) and
) (b)(1)(B)(viii): Distribution of 5 Grams
) and More of Methamphetamine;
)
) Counts 72 and 75: 21 U.S.C. §§ 841(a)(1)
) and (b)(1)(B)(viii): Possession with Intent
) to Distribute 5 Grams and More of
) Methamphetamine;
)
) Count 73: 21 U.S.C. §§ 841(a)(1) and
) (b)(1)(C): Distribution of Fentanyl (N-
) phenyl-N-[1-(2-phenylethyl)-4-
) piperidinyl] propanamide); 18 U.S.C. §
) 2: Aiding and Abetting.

## INDICTMENT

The Grand Jury charges:

### Count 1

From on or about March 9, 2023, and continuing to on or about October 16, 2024, in

Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ARMANDO**

**CONRAD GONZALES, a.k.a. "Forty," LETICIA MARIA RODRIGUEZ, JESSICA JUEL**

**HENDERSON, a.k.a. "JJ," ANTONIO VALLES, a.k.a. "Tony," VERONICA LEVARIO,**

**RICHARD REGAN BESERRA, DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"**

**ERNESTO SALAS FLORES, BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana**

**Herrera-Gonzalez, SYLVIA ANN PARRA, AMANDA LEA WEINRICH, PHILLIP**

**ANDREW ESTELL, a.k.a. "Flip," D'ANNA MICHELLE CHAVEZ,** and **BRUCE**

**MARTIN KING**, unlawfully, knowingly and intentionally combined, conspired, confederated, agreed, and acted interdependently with other persons whose names are known and unknown to the Grand Jury to commit an offense defined in to 21 U.S.C. § 841(a)(1), specifically, distribution of a controlled substance.

<u>Quantity of Methamphetamine Involved in the Conspiracy</u>

With respect to **ARMANDO CONRAD GONZALES, a.k.a. "Forty," LETICIA MARIA RODRIGUEZ, JESSICA JUEL HENDERSON, a.k.a. "JJ," ANTONIO VALLES, a.k.a. "Tony," VERONICA LEVARIO, RICHARD REGAN BESERRA, ERNESTO SALAS FLORES, BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez,** and **BRUCE MARTIN KING**, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams and more of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii).

With respect to **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** and **D'ANNA MICHELLE CHAVEZ**, the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 grams and more of methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

With respect to **SYLVIA ANN PARRA** and **PHILLIP ANDREW ESTELL, a.k.a. "Flip,"** the amount of methamphetamine involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them is methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

4

<u>Quantity of Fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]
propanamide) Involved in the Conspiracy</u>

With respect to **ARMANDO CONRAD GONZALES, a.k.a. "Forty," LETICIA
MARIA RODRIGUEZ, JESSICA JUEL HENDERSON, a.k.a. "JJ," ANTONIO VALLES,
a.k.a. "Tony," VERONICA LEVARIO,** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat
Boy,"** the amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide)
involved in the conspiracy attributable to each of them as a result of their own conduct, and the
conduct of other conspirators reasonably foreseeable to them, is 40 grams and more of a mixture
and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-
piperidinyl] propanamide), contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).

With respect to **RICHARD REGAN BESERRA, SYLVIA ANN PARRA, AMANDA
LEA WEINRICH,** and **PHILLIP ANDREW ESTELL, a.k.a. "Flip,"** the amount of fentanyl
(N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) involved in the conspiracy
attributable to each of them as a result of their own conduct, and the conduct of other
conspirators reasonably foreseeable to them, is a mixture and substance containing a detectable
amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), contrary to 21
U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Overt Acts</u>

In furtherance of the conspiracy, and to affect the objects thereof, the following overt
acts, among others, were committed in the District of New Mexico, and elsewhere:

<u>Overt Act One</u>

On March 9, 2023, Richard Regan Beserra transported 182 fentanyl pills, 3.2 net grams
of methamphetamine, and a firearm in a vehicle in Anthony, New Mexico, at which time he was
stopped by law enforcement officers who seized the fentanyl pills, the methamphetamine, and
the firearm.

### Overt Act Two

On June 18, 2023, Veronica Levario traveled to El Paso, Texas, in an attempt to pick up one pound of methamphetamine that was to be delivered to her by a courier working for a methamphetamine source of supply in Mexico.

### Overt Act Three

On July 27, 2023, Richard Regan Beserra transported 9.7 net grams of methamphetamine in a vehicle, at which time he was stopped by law enforcement, who seized the methamphetamine.

### Overt Act Four

On July 27, 2023, Veronica Levario possessed 10.32 net grams of methamphetamine in the bedroom that she shared with Richard Regan Beserra in a residence in which they were living.

### Overt Act Five

On April 2, 2024, Veronica Levario asked another individual for a firearm and agreed to provide fentanyl pills to the other individual in exchange for the firearm.

### Overt Act Six

On April 2, 2024, Veronica Levario asked Antonio Valles to provide her with one-half ounce of methamphetamine and 65 fentanyl pills and asked Antonio Valles if Veronica Levario could have Phillip Andrew Estell pick up the methamphetamine and fentanyl pills from Antonio Valles.

### Overt Act Seven

On April 2, 2024, Veronica Levario asked Phillip Andrew Estell to pick up fentanyl pills and methamphetamine from Antonio Valles at Antonio Valles' residence in Canutillo, Texas.

### Overt Act Eight

On April 2, 2024, Phillip Andrew Estell picked up one-half ounce of methamphetamine and 65 fentanyl pills from Antonio Valles in Canutillo, Texas, and delivered the fentanyl pills to Veronica Levario in Las Cruces, New Mexico.

### Overt Act Nine

On April 3, 2024, Veronica Levario sold the 65 fentanyl pills that Antonio Valles had provided to Phillip Andrew Estell to another individual in Las Cruces, New Mexico, for $3 per pill.

### Overt Act Ten

On April 3, 2024, Antonio Valles agreed to sell Veronica Levario four ounces of methamphetamine for $650.

### Overt Act Eleven

On April 3, 2024, Veronica Levario told Daniel Roberto Herrera that Antonio Valles had agreed to sell Veronica Levario four ounces of methamphetamine for $650, and Daniel Roberto Herrera responded that Daniel Roberto Herrera would purchase the methamphetamine, but that Daniel Roberto Herrera would weigh the methamphetamine because Antonio Valles had shorted Daniel Roberto Herrera in a previous sale.

### Overt Act Twelve

On April 3, 2024, Veronica Levario traveled to Canutillo, Texas, to purchase methamphetamine from Antonio Valles.

### Overt Act Thirteen

On April 4, 2024, Daniel Roberto Herrera told Veronica Levario that the methamphetamine that Daniel Roberto Herrera had was of an odd color and texture, but that

Daniel Roberto Herrera had not had any complaints from the people to whom he had sold the methamphetamine.

## Overt Act Fourteen

On April 4, 2024, Veronica Levario agreed to sell 40 fentanyl pills to an individual in Las Cruces, New Mexico.

## Overt Act Fifteen

On April 4, 2024, Veronica Levario and Daniel Roberto Herrera were traveling in a vehicle to deliver 40 fentanyl pills to an individual in Las Cruces, New Mexico, when they were stopped by law enforcement agents who found 202 fentanyl pills and 30.9 net grams of pure methamphetamine in Veronica Levario's purse.

## Overt Act Sixteen

On April 6, 2024, Richard Regan Beserra provided fentanyl pills to an individual in exchange for a .22 caliber Smith and Wesson pistol.

## Overt Act Seventeen

On April 7, 2024, Veronica Levario told a potential customer that Phillip Andrew Estell had fentanyl pills for sale for $3 each, and Veronica Levario offered to sell 20 of the fentanyl pills to that potential customer.

## Overt Act Eighteen

On April 10, 2024, Veronica Levario told Daniel Roberto Herrera that Veronica Levario had a customer who wanted to purchase $100 worth of fentanyl pills but that she didn't have enough fentanyl pills to complete the order, and Daniel Roberto Herrera responded that Veronica Levario already had all of Daniel Roberto Herrera's fentanyl pills.

### Overt Act Nineteen

On April 16, 2024, Jessica Juel Henderson sold 373.1 net grams of pure methamphetamine to a confidential informant in exchange for $1,800.

### Overt Act Twenty

On April 25, 2024, Armando Conrad Gonzales delivered 386.2 net grams of pure methamphetamine to Jessica Juel Henderson so that Jessica Juel Henderson could sell the methamphetamine to another individual.

### Overt Act Twenty-One

On April 25, 2024, Jessica Juel Henderson sold 386.2 net grams of pure methamphetamine to an undercover agent for $1,800.

### Overt Act Twenty-Two

On April 25, 2024, Leticia Maria Rodriguez picked up the proceeds of the sale to the undercover agent of 386.2 net grams of pure methamphetamine from Jessica Juel Henderson.

### Overt Act Twenty-Three

On May 6, 2024, at approximately 11:05 p.m., Antonio Valles agreed to sell fentanyl pills to two customers.

### Overt Act Twenty-Four

On May 6, 2024, at approximately 11:52 p.m., Antonio Valles agreed to sell fentanyl pills to a customer.

### Overt Act Twenty-Five

On May 8, 2024, at approximately 3:56 p.m., Richard Regan Beserra agreed to deliver methamphetamine to a customer.

### Overt Act Twenty-Six

On May 8, 2024, at approximately 9:39 p.m., Richard Regan Beserra agreed to sell narcotics to a customer.

### Overt Act Twenty-Seven

On May 9, 2024, Daniel Roberto Herrera sold an ounce of methamphetamine to Sylvia Ann Parra.

### Overt Act Twenty-Eight

On May 10, 2024, Antonio Valles sent someone to deliver narcotics to an individual in Sunland Park, New Mexico.

### Overt Act Twenty-Nine

On May 10, 2024, Jessica Juel Henderson sold 105.62 net grams of fentanyl to an undercover agent for $1,200.

### Overt Act Thirty

On May 10, 2024, Jessica Juel Henderson sold a Herrington and Richardson Padner 20-gauge shotgun to an undercover agent for $300.

### Overt Act Thirty-One

On May 9-10, 2024, Richard Regan Beserra asked Ernesto Salas Flores to sell Richard Regan Beserra an ounce of methamphetamine, and Ernesto Salas Flores agreed to sell Richard Regan Beserra one-half ounce of methamphetamine because Ernesto Salas Flores only had an ounce of methamphetamine and didn't want to sell his entire supply of methamphetamine to Richard Regan Beserra.

### Overt Act Thirty-Two

On May 11, 2024, Ernesto Salas Flores agreed to deliver one-half ounce of methamphetamine to Richard Regan Beserra at Richard Regan Beserra's residence.

### Overt Act Thirty-Three

On May 11, 2024, Leticia Maria Rodriguez agreed to sell fentanyl and methamphetamine to Daniel Roberto Herrera.

### Overt Act Thirty-Four

On May 13, 2024, Bruce Martin King requested that Richard Regan Beserra have Ernesto Salas Flores contact Bruce Martin King so that Bruce Martin King could purchase seven ounces of methamphetamine from Ernesto Salas Flores.

### Overt Act Thirty-Five

On May 13, 2024, Richard Regan Beserra provided Ernesto Salas Flores' phone number to Bruce Martin King and offered to add $100 to the money that Bruce Martin King had so that Bruce Martin King could purchase additional methamphetamine from Ernesto Salas Flores.

### Overt Act Thirty-Six

On May 14, 2024, Bruce Martin King told Richard Regan Beserra that Bruce Martin King had obtained four ounces of methamphetamine and that Bruce Martin King had already distributed three of the ounces of methamphetamine.

### Overt Act Thirty-Seven

On May 15, 2024, Sylvia Ann Parra asked to purchase 200 fentanyl pills from Daniel Roberto Herrera so that Sylvia Ann Parra could sell 150 of the fentanyl pills to another individual for $3 per pill.

### Overt Act Thirty-Eight

On May 15, 2024, Daniel Roberto Herrera provided 187 fentanyl pills to Sylvia Ann Parra, after which law enforcement officers conducted a traffic stop of Sylvia Ann Parra and seized the fentanyl pills from Sylvia Ann Parra.

### Overt Act Thirty-Nine

On May 15, 2024, Antonio Valles told Daniel Roberto Herrera that Daniel Roberto Herrera needed to pay the money that Daniel Roberto Herrera owed to Antonio Valles for narcotics that Antonio Valles had previously provided to Daniel Roberto Herrera, and Daniel Roberto Herrera stated that he would have someone send the money to Antonio Valles.

### Overt Act Forty

On May 16, 2024, Daniel Roberto Herrera asked Armando Conrad Gonzales if Armando Conrad Gonzales wanted to purchase a fifth-wheel trailer and stated that the owner of the trailer was asking for $600 in cash, $400 worth of fentanyl pills, and $200 worth of methamphetamine for the trailer.

### Overt Act Forty-One

On May 16, 2024, Daniel Roberto Herrera contacted Leticia Maria Rodriguez and told Leticia Maria Rodriguez that Armando Conrad Gonzales wasn't answering Daniel Roberto Herrera, and that the owner of the trailer was asking for $600 in cash, $400 worth of fentanyl pills, and $200 worth of methamphetamine for the trailer.

### Overt Act Forty-Two

On May 17, 2024, Armando Conrad Gonzales asked Daniel Roberto Herrera for directions on where Armando Conrad Gonzales could go to look at the fifth-wheel trailer, and Daniel Roberto Herrera provided Armando Conrad Gonzales with the location of the trailer.

### Overt Act Forty-Three

On May 17, 2024, Armando Conrad Gonzales told Daniel Roberto Herrera that Armando Conrad Gonzales had decided to purchase the fifth-wheel trailer and had left some methamphetamine with the owner of the trailer as partial payment for the trailer.

### Overt Act Forty-Four

On May 16, 2024, Veronica Levario, Richard Regan Beserra, and Bruce Martin King traveled to El Paso, Texas, where they purchased 61.96 net grams of pure methamphetamine, before returning to New Mexico, where the methamphetamine was seized by law enforcement officers.

### Overt Act Forty-Five

On May 17, 2024, Daniel Roberto Herrera asked Leticia Maria Rodriguez for methamphetamine and fentanyl pills, and Leticia Maria Rodriguez agreed to sell Daniel Roberto Herrera two ounces of methamphetamine.

### Overt Act Forty-Six

On May 18, 2024, Daniel Roberto Herrera asked Antonio Valles for 1,000 fentanyl pills, and Antonio Valles agreed to sell the fentanyl pills to Daniel Roberto Herrera.

### Overt Act Forty-Seven

On May 18, 2024, Antonio Valles delivered approximately 1,000 fentanyl pills to Daniel Roberto Herrera at an outlet mall in Canutillo, Texas, before returning to New Mexico.

### Overt Act Forty-Eight

On May 18, 2024, when being stopped by law enforcement officers in New Mexico, Daniel Roberto Herrera threw approximately 500 fentanyl pills out of his vehicle before being stopped, at which time officers seized 519 fentanyl pills from Daniel Roberto Herrera.

### Overt Act Forty-Nine

On May 19, 2024, Sylvia Ann Parra asked Daniel Roberto Herrera to supply Sylvia Ann Parra with fentanyl pills, and Daniel Roberto Herrera said that the only fentanyl pills that he had were the ones that he had picked up from the side of the road from where he had thrown them out during the traffic stop on May 18, 2024.

13

### Overt Act Fifty

On May 19, 2024, Daniel Roberto Herrera left a Phillip Andrew Estell's residence with the intention of delivering 40 to 50 fentanyl pills to Sylvia Ann Parra, at which time law enforcement officers stopped Daniel Roberto Herrera and seized 227 fentanyl pills from him.

### Overt Act Fifty-One

On May 23, 2024, Sylvia Ann Parra asked Daniel Roberto Herrera if Daniel Roberto Herrera had obtained any fentanyl pills, and, when Daniel Roberto Herrera stated that he did not, Sylvia Ann Parra offered to try and find 1,000 pills for Daniel Roberto Herrera to purchase.

### Overt Act Fifty-Two

On May 26, 2024, Sylvia Ann Parra asked Daniel Roberto Herrera to provide her with fentanyl pills so that she could sell them and said that Sylvia Ann Parra would pay Daniel Roberto Herrera for the fentanyl pills as soon as Sylvia Ann Parra sold them.

### Overt Act Fifty-Three

On May 26, 2024, Antonio Valles agreed to sell 1,500 fentanyl pills to another individual.

### Overt Act Fifty-Four

On May 24, 2024, Richard Regan Beserra asked another individual for an ounce of methamphetamine because Richard Regan Beserra had a customer who was waiting to purchase the methamphetamine.

### Overt Act Fifty-Five

On May 25, 2024, Leticia Maria Rodriguez agreed to supply Daniel Roberto Herrera with two ounces of methamphetamine and said that Leticia Maria Rodriguez could get Daniel Roberto Herrera 100 fentanyl pills for $250.

### Overt Act Fifty-Six

On May 25, 2024, Richard Regan Beserra and Veronica Levario traveled to El Paso, Texas, to purchase methamphetamine, but they were only able to purchase 300 fentanyl pills, which they brought back to New Mexico.

### Overt Act Fifty-Seven

On May 25, 2024, Richard Regan Beserra made numerous phone calls attempting to find buyers for 300 fentanyl pills so that Richard Regan Beserra and Veronica Levario would have money to purchase methamphetamine.

### Overt Act Fifty-Eight

On May 26, 2024, Richard Regan Beserra sold 100 fentanyl pills to a customer.

### Overt Act Fifty-Nine

On May 26, 2024, Richard Regan Beserra and Veronica Levario traveled to El Paso, Texas, and purchased methamphetamine, which they then brought back to New Mexico, where Richard Regan Beserra distributed multiple ounces of the methamphetamine to a customer.

### Overt Act Sixty

On May 27, 2024, Daniel Roberto Herrera told an individual who was asking to purchase methamphetamine that Daniel Roberto Herrera had obtained a few ounces of methamphetamine the previous evening, but that Daniel Roberto Herrera had already sold all of the methamphetamine.

### Overt Act Sixty-One

On May 30, 2024, Richard Regan Beserra told another individual that Richard Regan Beserra wanted to purchase two firearms that the other individual was offering to trade for 1,000 fentanyl pills.

### Overt Act Sixty-Two

On June 1, 2024, Richard Regan Beserra told a customer that Richard Regan Beserra had fentanyl pills available for purchase and told the other individual to go to Richard Regan Beserra's location to pick up the fentanyl pills.

### Overt Act Sixty-Three

On June 4, 2024, Ernesto Salas Flores asked Beatriz Adriana Gonzalez for an ounce of methamphetamine, and Beatriz Adriana Gonzalez agreed to deliver the methamphetamine to Ernesto Salas Flores.

### Overt Act Sixty-Four

On June 4, 2024, Ernesto Salas Flores asked Beatriz Adriana Gonzalez for an additional three ounces of methamphetamine, and Beatriz Adriana Gonzalez placed an order for the three ounces of methamphetamine with Beatriz Adriana Gonzalez' source of supply.

### Overt Act Sixty-Five

On June 4-5, 2024, Sylvia Ann Parra asked Daniel Roberto Herrera to sell Sylvia Ann Parra 50 fentanyl pills, and Daniel Roberto Herrera told Sylvia Ann Parra to go to Daniel Roberto Herrera's location to pick up the fentanyl pills.

### Overt Act Sixty-Six

On June 5, 2024, Beatriz Adriana Gonzalez agreed to sell methamphetamine to Ernesto Salas Flores and told Ernesto Salas Flores to go to Beatriz Adriana Gonzalez' location to pick up the methamphetamine.

### Overt Act Sixty-Seven

On June 6, 2024, Ernesto Salas Flores agreed to sell a customer a half-ounce of methamphetamine for $150.

### Overt Act Sixty-Eight

On June 6, 2024, Daniel Roberto Herrera agreed to deliver fentanyl pills to Sylvia Ann Parra at Sylvia Ann Parra's residence.

### Overt Act Sixty-Nine

On June 6, 2024, Antonio Valles sold a customer $25 worth of narcotics.

### Overt Act Seventy

On June 7, 2024, Antonio Valles picked up 345.3 net grams of pure methamphetamine and 1,279 fentanyl pills from a residence in El Paso, Texas, and, after Antonio Valles left the residence, law enforcement officers conducted a traffic stop on Antonio Valles and seized the methamphetamine and fentanyl pills from Antonio Valles.

### Overt Act Seventy-One

On June 7, 2024, Veronica Levario asked Richard Regan Beserra for $150 so that Veronica Levario could pick up 1,000 fentanyl pills in El Paso, Texas.

### Overt Act Seventy-Two

On June 7, 2024, Daniel Roberto Herrera and Sylvia Ann Parra discussed how to break down methamphetamine into smaller amounts to sell the methamphetamine and make larger amounts of money.

### Overt Act Seventy-Three

On June 7, 2024, Ernesto Salas Flores asked Beatriz Adriana Gonzalez for four ounces of methamphetamine, and Beatriz Adriana Gonzalez said that Beatriz Adriana Gonzalez would attempt to obtain the methamphetamine for Ernesto Salas Flores.

<u>Overt Act Seventy-Four</u>

On June 7, 2024, Ernesto Salas Flores asked D'Anna Michelle Chavez to obtain four ounces of methamphetamine for Ernesto Salas Flores, and D'Anna Michelle Chavez asked another individual for the four ounces of methamphetamine.

<u>Overt Act Seventy-Five</u>

On June 8, 2024, Leticia Maria Rodriguez agreed to trade $75 and fentanyl pills for $300 in food stamps.

<u>Overt Act Seventy-Six</u>

On June 8, 2024, Leticia Maria Rodriguez asked Armando Conrad Gonzales for an ounce of methamphetamine, and the two arranged to meet later that evening.

<u>Overt Act Seventy-Seven</u>

On June 9, 2024, at the request of Leticia Maria Rodriguez, Amanda Lea Weinrich counted out 40 fentanyl pills from Leticia Maria Rodriguez' supply of fentanyl pills and distributed the fentanyl pills to two customers.

<u>Overt Act Seventy-Eight</u>

On June 10, 2024, D'Anna Michelle Chavez asked Ernesto Salas Flores to supply D'Anna Michelle Chavez with methamphetamine because D'Anna Michelle Chavez had customers waiting to purchase the methamphetamine.

<u>Overt Act Seventy-Nine</u>

On June 10, 2024, Beatriz Adriana Gonzalez agreed to provide Ernesto Salas Flores with one ounce of methamphetamine.

<u>Overt Act Eighty</u>

On June 11, 2024, Beatriz Adriana Gonzalez agreed to provide Ernesto Salas Flores with one ounce of methamphetamine.

### Overt Act Eighty-One

On June 11-12, 2024, Leticia Maria Rodriguez told another individual to take a gun to Leticia Maria Rodriguez' daughter and told the individual that Leticia Maria Rodriguez was working on obtaining an ounce of methamphetamine for the individual.

### Overt Act Eighty-Two

On June 12, 2024, Ernesto Salas Flores agreed to provide a customer with methamphetamine.

### Overt Act Eighty-Three

On June 12, 2024, Leticia Maria Rodriguez agreed to trade narcotics for $130 in food stamps.

### Overt Act Eighty-Four

On June 12, 2024, Beatriz Adriana Gonzalez agreed to provide Ernesto Salas Flores with at least three ounces of methamphetamine and told Ernesto Salas Flores that she would deliver the methamphetamine to Ernesto Salas Flores' location.

### Overt Act Eighty-Five

On June 13, 2024, Leticia Maria Rodriguez agreed to sell methamphetamine and fentanyl pills to a customer.

### Overt Act Eighty-Six

On June 14, 2024, Beatriz Adriana Gonzalez apologized to Ernesto Salas Flores for not providing Ernesto Salas Flores with methamphetamine the previous evening and said that Beatriz Adriana Gonzalez had methamphetamine available if Ernesto Salas Flores wanted the methamphetamine.

### Overt Act Eighty-Seven

On June 14, 2024, Ernesto Salas Flores asked another individual to provide Ernesto Salas Flores with five ounces of methamphetamine.

### Overt Act Eighty-Eight

On June 15, 2024, Ernesto Salas Flores asked another individual to provide Ernesto Salas Flores with three ounces of methamphetamine.

### Overt Act Eighty-Nine

On June 15, 2024, Leticia Maria Rodriguez agreed to provide a customer with fentanyl pills.

### Overt Act Ninety

On June 16, 2024, Beatriz Adriana Gonzalez agreed to deliver an ounce of methamphetamine to Ernesto Salas Flores.

### Overt Act Ninety-One

On June 16, 2024, Leticia Maria Rodriguez agreed to supply a customer with a half-ounce of methamphetamine.

### Overt Act Ninety-Two

On June 17, 2024, Beatriz Adriana Gonzalez delivered one ounce of methamphetamine to Ernesto Salas Flores, and, later that day, Ernesto Salas Flores asked Beatriz Adriana Gonzalez if Beatriz Adriana Gonzalez had an additional three ounces of methamphetamine.

### Overt Act Ninety-Three

On June 18, 2024, Armando Conrad Gonzales and Leticia Maria Rodriguez discussed Armando Conrad Gonzales providing two ounces of methamphetamine to Daniel Roberto Herrera in exchange for a pressure washer.

### Overt Act Ninety-Four

On June 18, 2024, Beatriz Adriana Gonzalez agreed to deliver three or four ounces of methamphetamine to Ernesto Salas Flores.

### Overt Act Ninety-Five

On June 19, 2024, Beatriz Adriana Gonzalez agreed to deliver an ounce of methamphetamine to Ernesto Salas Flores.

### Overt Act Ninety-Six

On June 20, 2024, Beatriz Adriana Gonzalez sold one ounce of methamphetamine to Ernesto Salas Flores.

### Overt Act Ninety-Seven

On June 22, 2024, Beatriz Adriana Gonzalez provided an ounce of methamphetamine to Ernesto Salas Flores, and then Ernesto Salas Flores asked if Beatriz Adriana Gonzalez could take two additional ounces of methamphetamine to Ernesto Salas Flores, to which Beatriz Adriana Gonzalez agreed.

### Overt Act Ninety-Eight

On June 23, 2024, Ernesto Salas Flores asked Beatriz Adriana Gonzalez to provide Ernesto Salas Flores with two ounces of methamphetamine, and Beatriz Adriana Gonzalez told Ernesto Salas Flores to go to Beatriz Adriana Gonzalez' residence to pick up the methamphetamine.

### Overt Act Ninety-Nine

On June 23, 2024, Ernesto Salas Flores and D'Anna Michelle Chavez traveled to Beatriz Adriana Gonzalez' residence and picked up 45.74 net grams of pure methamphetamine, which was then seized from Ernesto Salas Flores and D'Anna Michelle Chavez by law enforcement

officers during a traffic stop after Ernesto Salas Flores and D'Anna Michelle Chavez left Beatriz Adriana Gonzalez' residence.

## Overt Act One Hundred

On June 23, 2024, at Leticia Maria Rodriguez' request, Amanda Lea Weinrich provided fentanyl pills to Leticia Maria Rodriguez' cousin.

## Overt Act One Hundred One

On June 24, 2024, Leticia Maria Rodriguez agreed to provide narcotics to a customer.

## Overt Act One Hundred Two

On June 25, 2024, Leticia Maria Rodriguez distributed 100 fentanyl pills to a customer, from whom law enforcement officers seized the fentanyl pills after the individual customer left Leticia Maria Rodriguez' residence with the fentanyl pills.

## Overt Act One Hundred Three

On June 25, 2024, Leticia Maria Rodriguez distributed fentanyl pills to a second customer, who, after being stopped by law enforcement, called Leticia Maria Rodriguez, and said that the officers had not found the fentanyl pills when they conducted a traffic stop on the individual shortly after the individual picked up the fentanyl pills from Leticia Maria Rodriguez.

## Overt Act One Hundred Four

On June 28, 2024, Richard Regan Beserra complained to Veronica Levario that Richard Regan Beserra had customers that wanted to purchase methamphetamine and fentanyl, but that Richard Regan Beserra could not make the sales because Veronica Levario had not left any methamphetamine and fentanyl with Richard Regan Beserra.

## Overt Act One Hundred Five

On June 29, 2024, Veronica Levario and Richard Regan Beserra traveled to El Paso, Texas in an attempt to pick up narcotics.

### Overt Act One Hundred Six

On June 29, 2024, Veronica Levario was transporting 14.84 net grams of pure methamphetamine in a vehicle when she was stopped by law enforcement officers in New Mexico who seized the methamphetamine.

### Overt Act One Hundred Seven

On July 5, 2024, Amanda Lea Weinrich asked Leticia Maria Rodriguez if a third individual needed to count and package the amount of fentanyl pills that the third individual was to deliver to others, and Leticia Maria Rodriguez said that the third individual did need to count and package the fentanyl pills and for Amanda Lea Weinrich to tell the third individual to hurry.

### Overt Act One Hundred Eight

On July 6, 2024, Armando Conrad Gonzales agreed to deliver $50 worth of methamphetamine and $50 worth of fentanyl pills to another individual.

### Overt Act One Hundred Nine

On July 7, 2024, Leticia Maria Rodriguez told another individual that Leticia Maria Rodriguez was missing some of her narcotics, saying that she should have three bags of narcotics but that she could only find two bags, and Leticia Maria Rodriguez asked the other individual if the individual had taken the narcotics.

### Overt Act One Hundred Ten

On July 7, 2024, Ernesto Salas Flores agreed to sell another individual 3.5 grams of methamphetamine.

### Overt Act One Hundred Eleven

On July 7, 2024, Leticia Maria Rodriguez agreed to provide ten fentanyl pills to someone in exchange for $60 worth of food stamps.

## Overt Act One Hundred Twelve

On July 8, 2024, Armando Conrad Gonzales agreed to sell $600 worth of fentanyl pills and methamphetamine to a customer.

## Overt Act One Hundred Thirteen

On July 9, 2024, Armando Conrad Gonzales agreed to provide fentanyl to a customer.

## Overt Act One Hundred Fourteen

On July 9, 2024, Leticia Maria Rodriguez asked Amanda Lea Weinrich to provide fentanyl pills to two customers, and Amanda Lea Weinrich agreed to distribute the fentanyl pills.

## Overt Act One Hundred Fifteen

On July 10, 2024, Armando Conrad Gonzales agreed to deliver $100 worth of fentanyl powder and $200 worth or fentanyl pills or methamphetamine to a customer.

## Overt Act One Hundred Sixteen

On July 14, 2024, Armando Conrad Gonzales received a request for $150 worth of fentanyl powder, $150 worth of fentanyl pills, and $120 worth of methamphetamine.

## Overt Act One Hundred Seventeen

On July 14, 2024, Armando Conrad Gonzales told a customer that Armando Conrad Gonzales could sell the customer 100 fentanyl pills for $225.

## Overt Act One Hundred Eighteen

On July 14, 2024, Armando Conrad Gonzales agreed to deliver narcotics to another individual.

## Overt Act One Hundred Nineteen

On July 16, 2024, Armando Conrad Gonzales agreed to provide an ounce of methamphetamine to a customer.

<u>Overt Act One Hundred Twenty</u>

On July 17, 2024, Armando Conrad Gonzales agreed to sell one-half ounce of methamphetamine to a customer for $100 so that the customer could sell the methamphetamine to a third person for $150.

<u>Overt Act One Hundred Twenty-One</u>

On July 23, 2024, Leticia Maria Rodriguez agreed to provide methamphetamine and fentanyl pills to another individual in exchange for a television set.

<u>Overt Act One Hundred Twenty-Two</u>

On July 23, 2024, Armando Conrad Gonzales delivered fentanyl pills to a customer.

<u>Overt Act One Hundred Twenty-Three</u>

On September 4, 2024, Armando Conrad Gonzales agreed to sell methamphetamine to a customer for $100.

<u>Overt Act One Hundred Twenty-Four</u>

On September 5, 2024, Armando Conrad Gonzales and another individual discussed how much fentanyl and methamphetamine Armando Conrad Gonzales would have to pay the other individual for transporting fentanyl across the international border.

<u>Overt Act One Hundred Twenty-Five</u>

On September 8, 2024, Armando Conrad Gonzales left 50 fentanyl pills for a customer in the glove box of a vehicle.

In violation of 21 U.S.C. § 846.

<u>Count 2</u>

On or about March 9, 2023, in Doña Ana County, in the District of New Mexico, the defendant, **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and

substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 3

On or about July 27, 2023, in Doña Ana County, in the District of New Mexico, the defendant, **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 4

On or about July 27, 2023, in Doña Ana County, in the District of New Mexico, the defendant, **VERONICA LEVARIO**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 5

On or about April 2, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ANTONIO VALLES, a.k.a. "Tony,"** and **VERONICA LEVARIO**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 6

On or about April 2, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **VERONICA LEVARIO** and **PHILLIP ANDREW ESTELL, a.k.a.**

26

**"Flip,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 7

On or about April 2, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **PHILLIP ANDREW ESTELL, a.k.a. "Flip,"** unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 8

On or about April 3, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **VERONICA LEVARIO**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 9

On or about April 4, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 10

On or about April 4, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **VERONICA LEVARIO** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii), and 18 U.S.C. § 2.

Count 11

On or about April 4, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **VERONICA LEVARIO** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 12

On or about April 7, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **VERONICA LEVARIO**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 13

On or about April 25, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **ARMANDO CONRAD GONZALES, a.k.a. "Forty," LETICIA MARIA RODRIGUEZ,** and **JESSICA JUEL HENDERSON, a.k.a. "JJ,"** unlawfully, knowingly, and

intentionally distributed a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and 18 U.S.C. § 2.

Count 14

On or about May 10, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 15

On or about May 10, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SYLVIA ANN PARRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 16

On or about May 10, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **JESSICA JUEL HENDERSON, a.k.a. "JJ,"** unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).

Count 17

On or about May 10, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **JESSICA JUEL HENDERSON, a.k.a. "JJ,"** knowing that she had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically,

29

distribution of fentanyl and marijuana, knowingly possessed a firearm in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

### Count 18

On or about May 10, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **JESSICA JUEL HENDERSON, a.k.a. "JJ,"** during and in relation to a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, specifically, distribution of methamphetamine as charged in Count 16 of this indictment, knowingly used and carried a firearm, and in furtherance of such crime, possessed said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(i).

### Count 19

From on or about May 9, 2024, and continuing to on or about May 11, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 20

On or about May 11, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 21

On or about May 11, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 22

On or about May 13, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **RICHARD REGAN BESERRA** and **BRUCE MARTIN KING**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 23

On or about May 14, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BRUCE MARTIN KING**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 24

On or about May 15, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

31

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 25

On or about May 15, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **SYLVIA ANN PARRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 26

On or about May 15, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ANTONIO VALLES, a.k.a. "Tony,"** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 27

On or about May 16, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 28

On or about May 16, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **LETICIA MARIA RODRIGUEZ** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 29

On or about May 16, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **VERONICA LEVARIO, RICHARD REGAN BESERRA,** and **BRUCE MARTIN KING**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and 18 U.S.C. § 2.

Count 30

On or about May 17, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

Count 31

On or about May 18, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ANTONIO VALLES, a.k.a. "Tony,"** and **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally used a communication

facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 32

On or about May 18, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 40 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi).

### Count 33

On or about May 19, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** and **SYLVIA ANN PARRA**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 34

On or about May 19, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

34

Count 35

On or about May 26, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ANTONIO VALLES, a.k.a. "Tony,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 36

On or about May 25, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

Count 37

On or about May 25, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **VERONICA LEVARIO** and **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

Count 38

On or about May 26, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally

distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 39

On or about May 26, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **VERONICA LEVARIO** and **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 40

On or about May 26, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

### Count 41

On or about June 2, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **RICHARD REGAN BESERRA**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 42

On or about June 4, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 43

On or about June 4, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **ERNESTO SALAS FLORES** and **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally attempted to possess with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing methamphetamine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

In violation of 21 U.S.C. § 846.

Count 44

On or about June 4, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 45

On or about June 5, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 46

On or about June 6, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 47

On or about June 6, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 48

On or about June 7, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **DANIEL ROBERTO HERRERA, a.k.a. "Fat Boy,"** and **SYLVIA ANN PARRA**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 49

On or about June 7, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **ERNESTO SALAS FLORES** and **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally used a

communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 50

On or about June 7, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ERNESTO SALAS FLORES** and **D'ANNA MICHELLE CHAVEZ**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 51

On or about June 8, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** and **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 52

On or about June 9, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **LETICIA MARIA RODRIGUEZ** and **AMANDA LEA WEINRICH**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

39

Count 53

On or about June 10, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ERNESTO SALAS FLORES** and **D'ANNA MICHELLE CHAVEZ**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 54

On or about June 10, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 55

On or about June 11, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 56

On or about June 12, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled

substance, and the offense involved 50 grams and more of a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

### Count 57

On or about June 13, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 58

On or about June 14, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 59

On or about June 15, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

Count 60

On or about June 16, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 61

On or about June 16, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 62

On or about June 17, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 63

On or about June 17, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Count 64</u>

On or about June 18, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** and **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

<u>Count 65</u>

On or about June 18, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 50 grams and more of a mixture and substance containing methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

<u>Count 66</u>

On or about June 19, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

<u>Count 67</u>

On or about June 20, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**,

unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 68

On or about June 20, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 69

On or about June 22, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 70

On or about June 22, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 71

On or about June 23, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **BEATRIZ ADRIANA GONZALEZ, a.k.a. Beatriz Adriana Herrera-Gonzalez**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

## Count 72

On or about June 23, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **ERNESTO SALAS FLORES** and **D'ANNA MICHELLE CHAVEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

## Count 73

On or about June 23, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **LETICIA MARIA RODRIGUEZ** and **AMANDA LEA WEINRICH**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count 74

On or about June 25, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 75

On or about June 29, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **VERONICA LEVARIO**, unlawfully, knowingly, and intentionally possessed with

intent to distribute a controlled substance, and the offense involved 5 grams and more of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii).

## Count 76

On or about July 5, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendants, **LETICIA MARIA RODRIGUEZ** and **AMANDA LEA WEINRICH**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 77

On or about July 6, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 78

On or about July 6, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 79

On or about July 7, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ERNESTO SALAS FLORES**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 80

On or about July 7, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 81

On or about July 8, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 82

On or about July 8, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 83

On or about July 9, 2024, in Doña Ana County, in the District of New Mexico, the defendants, **LETICIA MARIA RODRIGUEZ** and **AMANDA LEA WEINRICH**, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and 18 U.S.C. § 2.

## Count 84

On or about July 10, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 85

On or about July 14, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 86

On or about July 16, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## Count 87

On or about July 17, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 88

On or about July 23, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **LETICIA MARIA RODRIGUEZ**, unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

## Count 89

On or about July 23, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance

49

containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 90

On or about September 4, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, and the offense involved methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

### Count 91

On or about September 5, 2024, in Doña Ana County, in the District of New Mexico, and elsewhere, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally used a communication facility, specifically, a cellular phone, to further the commission of a drug trafficking crime, conspiracy to distribute a controlled substance, contrary to 21 U.S.C. § 846.

In violation of 21 U.S.C. § 843(b).

### Count 92

On or about September 8, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **ARMANDO CONRAD GONZALES, a.k.a. "Forty,"** unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

*SMD*