**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|    Plaintiff, § | |
| § | |
| v. § | CAUSE NO. 2:24-CR-1442-MIS (11) |
| § | |
| AMANDA LEA WEINRICH, § | |
|    Defendant. § | |

## AGREED MOTION TO CONTINUE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now Defendant, Amanda Lea Weinrich, and files this, her Motion to Continue and respectfully shows the Court as follows:

On October 16, 2024, the Grand Jury returned its Indictment, charging Defendant with Possession with Intent to Distribute Fentanyl, Distribution of Fentanyl, Use of a communication Facility to Further the Commission of a Drug Trafficking Crime, and Possession with Intent to Distribute Fentanyl. ECF. No. 3.

Defendant is currently scheduled for an Arraignment/Detention Hearing on November 13, 2024, at 9:00 a.m.  However, Counsel for defendant respectfully requests a continuance of the scheduled hearing due to an unavoidable scheduling conflict. Counsel is required to attend a Federal Plea hearing in El Paso, Texas, on November 13, 2024, at 11:00 a.m., as well as a Preliminary/Detention hearing at 10:30 a.m. on the same date. Given the geographic distance and timing, counsel might not be able to attend the scheduled hearing. Therefore, counsel respectfully requests that the hearing be rescheduled to a later date to ensure adequate representation for the defendant.

Both the United States Attorney Kirk Williams and Counsel for Defendant are in agreement that additional time may serve the interests of justice and result in a fair and

expeditious resolution of this matter.

Wherefore, premises considered, Defendant respectfully requests that the Court grant the instant agreed motion and continue the hearing. Defendant also prays for all other relief to which he is entitled, in both equity and law.

        Respectfully submitted,

        Valenzuela Law Firm
        701 Magoffin Avenue
        El Paso, Texas 79901
        (915) 209-2719
        (915) 493-2404 fax

By: /s/ Felix Valenzuela
     State Bar No. 24076745
     felix@valenzuela-law.com
     Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on November 12, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also emailed a copy of the foregoing to: kirk.williams@usdoj.gov.

        /s/ Felix Valenzuela

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff, | §<br>§<br>§<br>§ | |
| **v.** | § | **CAUSE NO. 2:24-CR-1442-MIS (11)** |
| | § | |
| **AMANDA LEA WEINRICH,**<br>    Defendant. | §<br>§<br>§ | |

## ORDER

On this day, the Court considered Defendant's Motion to Continue filed in the above-captioned cause. After due consideration, the Court is of the opinion that the Motion should be granted.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Continue is **GRANTED.**

**IT IS FURTHER ORDERED** that the hearing in this cause is reset for _____.

**SIGNED** this _____ day of _____, 2024.

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**

3